UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CRUZ RODRIGUEZ, | No. 1:25-cv-1680-TLN-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF MESA VERDE DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a motion to proceed in forma pauperis, and a motion to appoint counsel. Based on the length of time in which petitioner has been in immigration detention, the court hereby authorizes petitioner to proceed in forma pauperis without prepayment of the filing fee in this action. See 28 U.S.C. § 1914.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] In light of the complexity of the legal issues involved, the interests of justice require appointment of counsel for petitioner. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED and petitioner is authorized to proceed in forma pauperis without prepayment of the filing fee in this action.

2. Petitioner's motion to appoint counsel (ECF No. 3) is GRANTED and the Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

Dated: December 3, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rodr1680.110a.imm