IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CRUZ RODRIGUEZ, ) | Case No. 1:25-cv-1680-TLN-CKD |
| ) | |
| Petitioner, ) | **ORDER GRANTING** |
| ) | **WITHDRAWAL OF FEDERAL** |
| vs. ) | **DEFENDER AND** |
| ) | **APPOINTING COUNSEL AS CJA** |
| WARDEN OF MESA VERDE ) | ***PRO HAC VICE*** |
| DETENTION FACILITY, at al, ) | |
| ) | |
| Respondents. ) | |
| ) | |

Upon the Federal Defender's *Motion* after this Court appointed the Defender as counsel for Petitioner ANGEL CRUZ RODRIGUEZ December 3, 2025 as qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to for a 28 U.S.C. § 2241 detained person in ICE custody case when the Federal Defender and district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED that

1. Withdrawal of the Federal Defender as counsel (ECF No. 6) is GRANTED and

2. Pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, appointing as *pro hac vice* CJA counsel Mihret Getabicha to represent Petitioner ANGEL CRUZ RODRIGUEZ, *nunc pro tunc* to the Federal Defender contacting them about this appointment, December 3, 2025.

Dated:  December 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rodr1680.phv

*Cruz Rodriguez v. Warden*     2     Order Withdrawing Federal Defender, Appointing CJA Counsel