UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CRUZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF MESA VERDE DETENTION FACILITY,<br><br>Respondent. | No. 1:25-cv-1680-TLN-CKD P<br><br>ORDER |

Proceeding without counsel, petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner was recently appointed CJA counsel. (ECF No. 7.) Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition. See 28 U.S.C. § 2243. Petitioner's new counsel shall meet and confer with respondent's counsel regarding a briefing schedule for this case.

In accordance with the above, IT IS ORDERED as follows:

1. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

////

1

2. New counsel for petitioner shall meet and confer with opposing counsel on a briefing schedule for the petition or any amended petition to be filed and jointly file that schedule with the court within fourteen (14) days of this order.

Dated:  December 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rodr1680.mc.sched