UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL CRUZ RODRIGUEZ,

Petitioner,

v.

WARDEN OF MESA VERDE
DETENTION FACILITY, et al.,

Respondent.

No.  1:25-cv-1680-TLN-CKD P

ORDER

The court has reviewed the parties' proposed joint briefing schedule and request for extension of time to submit the proposed joint briefing schedule.

Good cause appearing, IT IS ORDERED that:

1. The request for an extension of time (ECF No. 10) is GRANTED;

2. Respondents shall file the Response on or before January 23, 2026; and

3. Petitioner shall file the Traverse on or before January 27, 2026.

Dated:  January 21, 2026

Caroh K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rodr1680.111imm

1